THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RUDOLPH C. DURINGER, Appellant.

(Argued October 5, 1931; decided October 23, 1931.)

*Walter A. Lynch, Thomas H. McManus* and *Carl Pack* for appellant.

*Charles B. McLaughlin, District Attorney (Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J. POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.